UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CARLOS JULIO MEDINA GARCIA,

    Petitioner,

v.

KRISTI NOEM,
*in her official capacity as Secretary of Homeland Security*,
TODD LYONS,
*in his official capacity as Acting Director of Immigration and Customs Enforcement*, and
NIKITA BAKER,
*in her official capacity as Acting Director of ICE Baltimore Field Office*,

    Respondents.

Civil Action No. 25-3427-TDC

## ORDER

Petitioner Carlos Julio Medina Garcia has filed an unopposed Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 8. The Court having reviewed the Motion, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to close this case.

Date: October 17, 2025

THEODORE D. CHUANG
United States District Judge